CHESTER W. FAIRLIE, as Trustee in Bankruptcy of the AUTOMATIC TRAMWAY CORPORATION, Formerly AMBURSEN COMPANY, Respondent, v. NILES F. AMBURSEN and Others, Defendants, Impleaded with SPENCER W. STEWART and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FOREIGN PRODUCTS CO., INC., Respondent, v. C. C. MENGEL & BRO. CO., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Beck* v. *North Packing & Provision Co.* (159 App. Div. 418). Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ETHEL GOLDSTEIN, Appellant, v. SAMUEL GOLDSTEIN, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JAMES M. CAMPBELL, Respondent, v. LUTHER M. RANKIN, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

VASCONCELLOS H. WOODHOUSE and Another, Respondents, v. PAUL GERLI & CO., INC., Appellant.— Order modified by providing that the paragraph marked " (a) " in the original order for examination be stricken out, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of HENRY CORMAN, as Administrator, etc., of SARAH CORMAN, Deceased, Appellant, for an Order of Inquiry Directed to HANNAH ROSENSTEIN and NATHAN ROSENSTEIN, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRIS HANDMAN & BROTHER CO., INC., a New York Corporation, Appellant, v. THE NEW ERA MANUFACTURING CO., INC., a Foreign Corporation, Organized under the Laws of the State of Missouri, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LEKAS & DRIVAS, INC., Appellant, v. BILL PARASKAS, Otherwise Known as VASSILIOS PARASKAS, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and attachment reinstated. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Dowling and Smith, JJ., dissenting.